**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

VERNAL I. LEE,

      Plaintiff,

GRACO, INC., a foreign corporation,
JWJONES, INC., f/k/a PIRANHA HOSE
PRODUCTS, INC., a foreign corporation, and
HOME DEPOT U.S.A., INC., a foreign
Corporation,

      Defendants.
_____/

Case No.

Circuit Court Case No.: CACE-22-011077

## **NOTICE OF REMOVAL**

Defendants, GRACO, INC. ("GRACO") and HOME DEPOT U.S.A., INC. ("HOME DEPOT"), by and through undersigned counsel, and, pursuant to 28 U.S.C. §§ 1446, 1441(b), and 1332, files this Notice of Removal, and, in support hereof, states as follows:

1. Plaintiff VERNAL I. LEE (hereinafter, "Plaintiff") commenced this action on July 28, 2022 in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida; the Circuit Court action was assigned Case Number CACE-22-011077.

2. Copies of the Summons served on GRACO and HOME DEPOT, the Complaint, and such other papers or exhibits as are required by 28 U.S.C. §§ 1446(a) and the Local Rules of Court, are filed herewith, as Exhibit "A."

3. 28 U.S.C. § 1332 provides, in relevant part, as follows:

    (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between---

        (1) citizens of different States….

4.     Plaintiff, in Paragraph 2 of his Complaint, alleges "At all times material hereto, Plaintiff VERNAL I. LEE…was a Florida citizen and resident." *Refer to, generally*, Exh. "A." Defendants do not dispute the residency allegation.

5.     Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business…."

6.     Defendant GRACO is a foreign corporation duly organized and existing under the laws of the State of Minnesota with its principal place of business in the State of Minnesota.

7.     Defendant HOME DEPOT U.S.A., INC. is a foreign corporation duly organized and existing under the laws of the State of Delaware with its principle place of business in the State of Georgia.

8.     Defendant JWJONES, INC., f/k/a PIRANHA HOSE PRODUCTS, INC. has not yet been served in this action. However, JWJONES, INC. is a foreign corporation duly organized and existing under the laws of the State of Michigan with its principle place of business in the State of Michigan.

9.     There is complete diversity of citizenship in this case pursuant to 28 U.S.C. §1332.

10.    Service documents reflect GRACO was served in the State Court action on August 3, 2022. *Refer to, generally*, Exh. "A."

11.    Service documents reflect HOME DEPOT was served in the State Court action on August 3, 2022. *Refer to, generally*, Exh. "A."

12.    This Notice of Removal is being filed within thirty (30) days of the service of the initial pleadings on GRACO and HOME DEPOT. Therefore, this Notice of Removal is timely and proper pursuant to 28 U.S.C. § 1446(b).

13. All Defendants consent to the removal of this action to Federal Court.

14. The Complaint alleges Plaintiff was using a paint sprayer designed and manufactured by GRACO and sold by HOME DEPOT when the attached hose burst and injected paint into Plaintiff's right forefinger and hand. Plaintiff alleges he has or will sustain permanent bodily injury and past, present, and future pain and suffering; past, present and future aggravation of pre-existing conditions and physical defects; past, present and future disability and physical impairment; past, present and future scarring and disfigurement; past, present and future mental anguish; past, present and future inconvenience; past, present and future loss of capacity for enjoyment of life; past, present and future medical expenses; and past, present and future loss of earnings and earning capacity.

15. Plaintiff's counsel has provided records reflecting Plaintiff has undergone four surgeries relating to the claimed injuries and is continuing to receive medical treatment. They assert Plaintiff's treaters have advised his hand and finger will never make a complete recovery from these injuries.

16. Plaintiff's counsel has also produced medical bills from Plaintiff's treatment reflecting total charges of $94,896.40, which did not include charges for his latest surgery. Plaintiff's counsel issued a demand for $925,000 in correspondence dated December 1, 2021.

17. Based on the foregoing, Defendant asserts a reasonable good faith belief that the ***amount in controversy*** in this alleged cause of action exceeds the value of $75,000 exclusive of interest and costs, satisfying the jurisdictional requirements of 28 U.S.C. §1332.

18. Removal to the Fort Lauderdale Division of the United States District Court for the Southern District of Florida is proper, under 28 U.S.C. § 1441(a), as the State Court action was initiated by Plaintiff in Broward County, Florida, which is located within this District and Division.

19. The undersigned counsel certifies he will file a copy of the Notice of Removal with the Clerk of Court for Broward County, Florida and will give notice of the same to Plaintiff's counsel.

WHEREFORE, GRACO, INC. and HOME DEPOT U.S.A., INC., pray for removal of this cause of action to the United States District Court for the Southern District of Florida (Fort Lauderdale Division) and for a stay of all proceedings in the State Circuit Court action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **September 2, 2022**, a true and correct copy of the foregoing, with Exhibits, has been electronically filed via the CM/ECF Portal in the Southern District of Florida – Fort Lauderdale Division, and has been served on PLAINTIFF's counsel: DANIEL D. WALKER, ESQ., CLARK, FOUNTAIN, LA VISTA, PRATHER & LITTKY-RUBIN, LLP, bwhitman@clarkfountain.com, dwalker@clarkfountain.com, sbates@clarkfountain.com (Attorneys for Plaintiff).

*/s/ Nicholas D. Freeman*
NICHOLAS D. FREEMAN, ESQUIRE
Florida Bar No. 118620
nicholas.freeman@wilsonelser.com
DANIEL O. McLEOD, ESQUIRE
Florida Bar No. 105378
Daniel.McLeod@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801
407-203-7599 - Phone
407-648-1376 - Facsimile
*Attorneys for Defendants*

NDF:em

274999446v.1